# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 94-127-3** |
| | : | |
| **FRANK MARTINES** | : | |

## ORDER

**AND NOW**, this 8th day of February 2021, upon considering Defendant's Motion for compassionate release (ECF Doc. No. 2001), the United States' Response (ECF Doc. No. 2009), Defendant's Reply (ECF Doc. No. 2011), studying the sealed medical records (ECF Doc. No. 2006), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 2001) is **DENIED** without prejudice.

_____
**KEARNEY, J.**