# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL ACTION** |
| : | |
| **v.** : | **NO. 94-127-3** |
| : | |
| **FRANK MARTINES** : | |

# ORDER

**AND NOW**, this 21st day of March 2022, upon review of Defendant's second Motion for to reduce sentence under 18 U.S.C. § 3582(c)(1)(A) (ECF Doc. No. 2024), the United States Response (ECF Doc. No. 2026), Defendant's Replies (ECF Doc. Nos. 2030, 2033), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 2024) is **DENIED.**

_____
**KEARNEY, J.**