**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| UNITED STATES OF AMERICA | : | **CRIMINAL ACTION** |
|---|---|---|
| | : | |
| v. | : | **NO. 94-127-3** |
| | : | |
| **FRANK MARTINES** | : | |

## ORDER

**AND NOW**, this 3rd day of April 2024, upon review of Defendant's third Motion for compassionate release (ECF No. 2042), the United States' Response (ECF No. 2050), Defendant's Reply (ECF Nos. 2053), having studied the exhibits, and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF No. 2042) is **DENIED.**

_____
**KEARNEY, J.**